

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Russell Lee Bartley, Appellant

No. 06-24-00052-CR      v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-20-27563). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find error in the judgment of the court below. Therefore, we modify the trial court's judgment and the final bill of costs by changing the assessment for reimbursement fees from $315.00 to $165.00 and by deleting the time payment fee. We further modify the final bill of costs by adding a statement showing that court costs are not due until Bartley is released from confinement. As modified, we affirm the judgment of the trial court.

We note that the appellant, Russell Lee Bartley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 26, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk